## MORRISON v. COMMONWEALTH.

(Decided September 26, 1930.)

Glenn E. Miller and Waugh & Howerton for movant.

J. W. Cammack, Attorney General, and Howard Black for the Commonwealth.

PER CURIAM. Judgment of conviction for carrying concealed a deadly weapon, imposing a fine of $50 and 10 days in jail.

Appeal denied; judgment affirmed.

## MULLENAX v. COMMONWEALTH.

(Decided September 26, 1930.)

W. J. Stone, M. G. Colson and Edmund Philpot for movant.

J. W. Cammack, Attorney General, and Howard Black for the Commonwealth.

PER CURIAM. Two judgments of conviction for violation of the prohibition law, imposing a fine of $200 and 30 days in jail on each judgment.

Appeal denied; judgment affirmed.

## MURPHY v. COMMONWEALTH.

(Decided September 26, 1930.)

C. F. See, Jr., for movant.

J. W. Cammack, Attorney General, and Douglas C. Vest for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of section 1256, Ky. Statutes, imposing a fine of $50 and one day in jail.

Appeal denied; judgment affirmed.